ORIGINAL

05CR 10201 GAO

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | 21 U.S.C. § 846-- |
| OSCAR VELASQUEZ, A/K/A | ) | Conspiracy to Distribute |
| "KING POLO" | ) | Heroin |
| | ) | |
| | ) | 21 U.S.C. § 841(a)(1)-- |
| | ) | Distribution of Heroin |
| | ) | |
| | ) | 18 U.S.C. § 2-- |
| | ) | Aiding and Abetting |
| | ) | |
| | ) | 21 U.S.C. § 853-- |
| | ) | Criminal Forfeiture |

## INDICTMENT

**COUNT ONE:**   (21 U.S.C. § 846 -- Conspiracy To Distribute Heroin)

The Grand Jury charges that:

From a time unknown to the Grand Jury, but at least by in or about November, 2004, and continuing thereafter until on or about May, 2005, at Lowell, and elsewhere in the District of Massachusetts,

**OSCAR VELASQUEZ, A/K/A "KING POLO,"**

the defendant herein, did knowingly and intentionally conspire, confederate, and agree with persons known and unknown to the Grand Jury, to possess with intent to distribute and to distribute quantities of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further alleges that the conspiracy described herein involved at least 100 grams of a mixture or a substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841 (b)(1)(B)(i).

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO:**     (21 U.S.C. § 841(a)(1)--Distribution of Heroin; 18 U.S.C. §2--Aiding and Abetting)

The Grand Jury further charges that:

On or about November 10, 2004, at Lowell, in the District of Massachusetts,

**OSCAR VELASQUEZ, A/K/A "KING POLO,"**

the defendant herein, did knowingly and intentionally possess with intent to distribute and distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

**COUNT THREE:** (21 U.S.C. § 841(a)(1)--Distribution of Heroin; 18 U.S.C. §2--Aiding and Abetting)

The Grand Jury further charges that:

On or about November 21, 2004, at Lowell, in the District of Massachusetts,

**OSCAR VELASQUEZ, A/K/A "KING POLO,"**

the defendant herein, did knowingly and intentionally possess with intent to distribute and distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

**COUNT FOUR:**     (21 U.S.C. § 841(a)(1)--Distribution of Heroin; 18 U.S.C. §2--Aiding and Abetting)

The Grand Jury further charges that:

On or about December 2, 2004, at Lowell, in the District of Massachusetts,

**OSCAR VELASQUEZ, A/K/A "KING POLO,"**

the defendant herein, did knowingly and intentionally possess with intent to distribute and distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

COUNT FIVE:     (21 U.S.C. § 841(a)(1)--Distribution of Heroin; 18
                U.S.C. §2--Aiding and Abetting)

The Grand Jury further charges that:

On or about December 12, 2004, at Lowell, in the District of Massachusetts,

**OSCAR VELASQUEZ, A/K/A "KING POLO,"**

the defendant herein, did knowingly and intentionally possess with intent to distribute and distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

<u>COUNT SIX</u>:         (21 U.S.C. § 841(a)(1)--Distribution of Heroin; 18
                U.S.C. §2--Aiding and Abetting)

The Grand Jury further charges that:

On or about April 13, 2005, at Lowell, in the District of Massachusetts,

**OSCAR VELASQUEZ, A/K/A "KING POLO,"**

the defendant herein, did knowingly and intentionally possess with intent to distribute and distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

**COUNT SEVEN:**   (21 U.S.C. § 841(a)(1)--Distribution of Heroin; 18 U.S.C. §2--Aiding and Abetting)

The Grand Jury further charges that:

On or about April 26, 2005, at Lowell, in the District of Massachusetts,

**OSCAR VELASQUEZ, A/K/A "KING POLO,"**

the defendant herein, did knowingly and intentionally possess with intent to distribute and distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

<u>COUNT EIGHT</u>:   (21 U.S.C. § 841(a)(1)--**Distribution of Heroin;** 18 U.S.C. §2--**Aiding and Abetting**)

The Grand Jury further charges that:

On or about April 29, 2005, at Lowell, in the District of Massachusetts,

**OSCAR VELASQUEZ, A/K/A "KING POLO,"**

the defendant herein, did knowingly and intentionally possess with intent to distribute and distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

**COUNT NINE:** (21 U.S.C. § 841(a)(1)--Distribution of Heroin; 18 U.S.C. §2--Aiding and Abetting)

The Grand Jury further charges that:

On or about May 6, 2005, at Lowell, in the District of Massachusetts,

**OSCAR VELASQUEZ, A/K/A "KING POLO,"**

the defendant herein, did knowingly and intentionally possess with intent to distribute and distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

## (21 U.S.C. § 853)

The Grand Jury further charges that:

1.  As a result of the offenses alleged in Counts 1 through 9 of this Indictment,

**OSCAR VELASQUEZ, A/K/A "KING POLO,"**

the defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

2.  If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants --

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property

described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY


_____
PETER K. LEVITT
Assistant U.S. Attorney


DISTRICT OF MASSACHUSETTS                      August 4, 2005

    Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

8/4/05

2:07

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**05 CR 10201 GAO**

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

Place of Offense: __Massachusetts__   Category No. __II__   Investigating Agency __FBI__

City   __Lowell__                     Related Case Information:

County   __Middlesex__                Superseding Ind./ Inf. _____   Case No. _____
                                       Same Defendant _____   New Defendant _____
                                       Magistrate Judge Case Number _____
                                       Search Warrant Case Number _____
                                       R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   __Oscar Velasquez__                     Juvenile   ☐ Yes   ☒ No

Alias Name   __"King Polo"__

Address   __14 Smith Street, Lowell, MA__

Birth date (Year only):  __1977__   SSN (last 4 #):  __8844__   Sex __M__   Race: _____   Nationality: _____

Defense Counsel if known:  _____                    Address: _____

Bar Number:  _____

**U.S. Attorney Information:**

AUSA   __Peter K. Levitt__                               Bar Number if applicable   _____

Interpreter:   ☒ Yes   ☐ No          List language and/or dialect:   __Spanish__

Matter to be SEALED:   ☒ Yes   ☐ No

☒ Warrant Requested           ☐ Regular Process                ☐ In Custody

**Location Status:**

Arrest Date:  _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:     ☐ Complaint        ☐ Information         ☒ Indictment

Total # of Counts:     ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  __9__

Continue on Page 2 for Entry of U.S.C. Citations

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  __08/04/05__            Signature of AUSA:  _____

05CR10201GAO

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Oscar Velasquez, a/k/a "King Polo"

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 846 | Conspiracy to Distribute Heroin | 1 |
| Set 2  21 U.S.C. § 841(a)(1) | Distribution of Heroin | 2 |
|        18 U.S.C. § 2 | Aiding and Abetting | 2 |
| Set 3  21 U.S.C. § 841(a)(1) | Distribution of Heroin | 3 |
|        18 U.S.C. § 2 | Aiding and Abetting | 3 |
| Set 4  21 U.S.C. § 841(a)(1) | Distribution of Heroin | 4 |
|        18 U.S.C. § 2 | Aiding and Abetting | 4 |
| Set 5  21 U.S.C. § 841(a)(1) | Distribution of Heroin | 5 |
|        18 U.S.C. § 2 | Aiding and Abetting | 5 |
| Set 6  21 U.S.C. § 841(a)(1) | Distribution of Heroin | 6 |
|        18 U.S.C. § 2 | Aiding and Abetting | 6 |
| Set 7  21 U.S.C. § 841(a)(1) | Distribution of Heroin | 7 |
|        18 U.S.C. § 2 | Aiding and Abetting | 7 |
| Set 8  21 U.S.C. § 841(a)(1) | Distribution of Heroin | 8 |
|        18 U.S.C. § 2 | Aiding and Abetting | 8 |
| Set 9  21 U.S.C. § 841(a)(1) | Distribution of Heroin | 9 |
|        18 U.S.C. § 2 | Aiding and Abetting | 9 |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |

**ADDITIONAL INFORMATION:**