AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

v.

OSCAR VELASQUEZ

**WARRANT FOR ARREST**

CASE NUMBER: 05 CR 10201 GAO

*RECEIVED 2005 AUG -4 P 3: 59 U.S. MARSHAL SERVICE BOSTON, MA*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ OSCAR VELASQUEZ _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

in violation of Title ____21____ United States Code, Section(s) 846, 841(a)(1), and 2

LEO SOROKIN
Name of Issuing Officer

Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

08-04-2005    BOSTON, MASSACHUSETTS
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

---

**RETURN**

WARRANT EXECUTED BY _FBI_

This warrant was received and executed with the arrest of the above-named defendant at
DEFENDANT ON _8/5/05_

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.