Prosictor Name
Peter Levitt

Case number
05-CR-10201-GAO

4)

Dear Judith Din,  8/3/05

I what to change my lawyer that I have for a new lawyer his name is Roger Cox Because Mr. Albert. F. Cullen. Jr is not Anwer my call and I don't what him to Represent me Because I Think Roger Cox can help me better an the Case

Thank you
X Oscar Velizquez