## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **United States of America** <br><br> v. <br><br> **Oscar Velasquez** <br>          Defendant | ) <br> ) Criminal No. 05-10201 GAO <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION TO WITHDRAW APPEARANCE

Now comes Albert F. Cullen, Jr., attorney for the defendant Oscar Velasquez in the above captioned matter and moves this court to allow him to withdraw his appearance.

In support hereof counsel states that he was appointed to represent Mr. Velasquez on or about August 4, 2005. Since that time he has met with Mr. Velasquez on several occasions and has had telephone conversations with him. His associate also has had several telephone conversations with Mr. Velasquez.

On Monday September 12, 2005 counsel was informed that Mr. Velesquez had sent a letter expressing dissatisfaction with counsel and requesting appointment of a new attorney.

It is apparent that Mr.Velasquez is dissatisfied with the services of counsel and believes counsel is not acting in his best interests.

Wherefore, since the matter is still in its preliminary stages counsel requests that he be allowed to withdraw his appearance and that new counsel be appointed for Mr. Velasquez pursuant to his request.

        Respectfully submitted,
        By Albert F. Cullen, Jr. Attorney for
        Oscar Velasquez

        /s/*Albert F. Cullen, Jr.*

        Albert F. Cullen, Jr.
        60 K Street
        South Boston, MA 02127
        617.268.2240
        afcullen@aol.com

## CERTIFICATE OF SERVICE

I, Albert F. Cullen, certify that I understand that all counsel will receive electronic notice of the electronic filing of this pleading. Simultaneously with the electronic filing of this pleading I have sent a copy to the Defendant, Oscar Velasquez via First Class mail.

Date: September 15, 2005        /s/ ***Albert F. Cullen, Jr.***
                                                     Albert F. Cullen, Jr.