UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10201-GAO

UNITED STATES OF AMERICA

v.

OSCAR VELASQUEZ

**SCHEDULING ORDER AND**
**FURTHER ORDER ON EXCLUDABLE TIME**

September 16, 2005

DEIN, M.J.

An Initial Status Conference was held before this court on September 16, 2005. Counsel appeared. However, on August 31, 2005, the defendant had filed a motion to have new counsel appointed and on September 15, 2005, the defendant's counsel had filed a motion to withdraw. Consequently, at today's hearing a hearing was scheduled for **September 21, 2005 at 2:45 p.m.** to address the motions relating to counsel. In addition, the Initial Status Conference was continued to **October 7, 2005 at 2:30 p.m.**

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

September 2, 2005 through October 7, 2005,

that being the period between the expiration of the initial order on excludable time and the next status conference.

Based upon the prior order of the court dated August 10, 2005, the pendency of the defendant's motions, and this order, at the time of the continued status conference on October 7, 2005 there will be zero (0) days of non-excludable time under the

-2-

Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

    / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge