AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

District of Massachusetts

## APPEARANCE

CASE NUMBER: 05-CR-10201-GAO

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Oscar Velasquez

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 09/30/05 | *Roger A. Cox* (signature) |
| Date | Signature |
| | Roger A. Cox   BBO# 551514 |
| | Print Name / Bar Number |
| | Cox & Cox |
| | 30 Main Street |
| | Address |
| | Ashland   MA   01721-1178 |
| | City / State / Zip Code |
| | (508) 231-1460 |
| | Phone Number / Fax Number |