UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10201-GAO

UNITED STATES OF AMERICA

v.

OSCAR VELASQUEZ

**FURTHER ORDER ON EXCLUDABLE TIME**

October 7, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

October 7, 2005 through November 29, 2005

that being the period between the Initial Status Conference and the Final Status Conference.

Based upon the prior orders of the court dated August 10, 2005, and September 16, 2005, the pendency of the defendant's motions, and this order, at the time of the Final Status Conference on November 29, 2005, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

    / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge