```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | CR. NO. 05-10201-GAO |
| v.   ) | |
| ) | |
| OSCAR VELASQUEZ,    ) | |
|   A/K/A "KING POLO"    ) | |
| ) | |

**FINAL STATUS REPORT**

The United States of America and the defendant, by their respective undersigned counsel, submit this joint status report pursuant to Local Rule 116.5(A).

1. **Outstanding Discovery Issues**

There are no outstanding discovery motions or issues.

2. **Additional Discovery**

No party anticipates producing any additional discovery.

3. **Insanity/ Public Authority Defenses**

The defendant does not intend to raise a defense of insanity or public authority.

4. **Notice of Alibi**

The government requested a Notice of Alibi in its Automatic Discovery Letter.  No response has been received to that request.

5. **Motions**

The defendant does not anticipate filing any motions to suppress, to sever or to dismiss prior to trial but reserves his right to file other pretrial motions that could require a ruling by the District Court.

**6. Scheduling**

The parties request that the case be reported to the District Court.

**7. Early Case Resolution**

It is too early to tell whether this case can be resolved short of trial.

**8. Speedy Trial Act Calculations**

The parties have conferred on the periods excludable from all Speedy Trial Act calculations and believe that the following periods are excludable:

| | |
|---|---|
| 8/5/05-9/2/05 | Excluded pursuant to Court's Order dated 8/10/05 |
| 9/2/05-10/7/05 | Excluded pursuant to Court's Order dated 9/16/05 |
| 10/7/05-11/29/05 | Excluded pursuant to Court's Order dated 10/7/05 |

As of the Final Status Conference, 0 days will have been counted and 70 days will remain under the Speedy Trial Act.

**9.  Length of Trial**

In the event that a trial is required, the parties estimate that it will last 4-5 days.

                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney

                        /s PETER K. LEVITT
          By:   PETER K. LEVITT
                        Assistant U.S. Attorney
                        (617) 748-3355

                        FOR THE DEFENDANT,

                        /s ROGER COX (BY PKL)
                        ROGER COX
                        Cox & Cox
                        30 Main Street
                        Ashland, MA 01721

Dated: November 28, 2005