UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10201-GAO

UNITED STATES OF AMERICA

v.

OSCAR VELASQUEZ

**FINAL STATUS REPORT**

November 29, 2005

DEIN, M.J.

A Final Status Conference was scheduled before this court for Tuesday, November 29, 2005, pursuant to the provisions of Local Rule 116.5(C). The parties elected to proceed on the basis of their Joint Final Status Report. Based on that report, this court enters the following report, in accordance with Local Rule 116.5(D):

1. It is too early to determine whether a trial will be necessary.

2. Discovery is completed at this time.

3. There are no outstanding or anticipated discovery issues at this time.

4. The defendant does not anticipate filing any motions to suppress, to sever, or to dismiss prior to trial, but reserves his right to file other pretrial motions that could require a ruling by the District Judge.

5. Based upon the prior orders of the court dated August 10, 2005, September 16, 2005 and October 7, 2005, as of the time of the Final Status Conference on November 29, 2005, there were zero (0) days of non-excludable time under the Speedy Trial Act and seventy (**70**) days remaining under the Speedy Trial Act in which this case must be tried.

6.     It is estimated that if the case goes to trial, it will last approximately 4 - 5 days.

7.     The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

                            / s / Judith Gail Dein
                            JUDITH GAIL DEIN
                            UNITED STATES MAGISTRATE JUDGE