UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.  05-10201-GAO |
| | ) | |
| OSCAR VELASQUEZ | ) | |

**NOTICE OF WITHDRAWAL**

_____Now comes the undersigned Assistant United States Attorney and hereby gives notice of her withdrawal as counsel for the United States of America in the captioned matter.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney


By:    */s/: Sharron A. Kearney*
        SHARRON A. KEARNEY
        Assistant U.S. Attorney
        (617) 748-3687


Dated: February 6, 2008

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 6, 2008.

                                                */s/: Sharron A. Kearney*
                                                SHARRON A. KEARNEY
                                                Assistant U.S. Attorney